IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TREA LINN                                                                                    PLAINTIFF

VS.                              CASE NO. 3:19CV00158 SWW/PSH

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION                                                    DEFENDANT

## ORDER

The application to proceed *in forma pauperis* is granted. (Docket entry no. 1). The applicant may proceed without prepayment of fees and costs or the necessity of giving security therefor.

IT IS SO ORDERED this 28th day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE