IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TREA LINN                                                                                      PLAINTIFF

VS.                            CASE NO. 3:19CV00158 PSH

ANDREW SAUL,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 29th day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE