# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TREA LINN**                                                                                      **PLAINTIFF**

VS.                        No. 3:19-cv-00158 PSH

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                          **DEFENDANT**

## ORDER

Now before the Court is the plaintiff Trea Linn's ("Linn") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Andrew Saul ("Saul") does not oppose the motion.

The motion is granted, and the Court approves an EAJA award in the amount of $3,937.57 (which includes $20.07 in expenses). There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Linn, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Linn, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

The motion for fees (docket entry no. 15) is granted.

IT IS SO ORDERED this 8th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE